# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. MCGEARY | Civil Action |
| Plaintiff, | Case No. 2:20-cv-03882-JS |
| v. | Chief Judge Juan R. Sanchez |
| MEN MICRO, INC. | |
| Defendant. | |

## NOTICE OF APPEARANCE OF JAMES S. URBAN
## ON BEHALF OF DEFENDANT MEN MICRO, INC.

To the Clerk of Court:

Kindly enter the appearance of James S. Urban, Esq. as counsel for Defendant MEN Micro, Inc. in the above-captioned matter.

Date: February 12, 2021

**JONES DAY**

/s/ *James S. Urban*
James S. Urban (Pa. I.D. 82019)
500 Grant Street
Suite 4500
Pittsburgh, PA 15219-2514
Telephone: (412) 391-3939
jsurban@jonesday.com

*Attorney for Defendant MEN Micro, Inc.*